County Townships. Motions denied as moot.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**00–1958. Indus. Energy Users–Ohio v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 00–02–EL–ETP, 99–1658–EL–ETP, 99–1729–EL–ETP, 99–1212–EL–ETP and 99–1687–EL–ETP. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Pfeifer, J., dissents.

Cook, J., not participating.

On motion for leave to intervene of the Dayton Power and Light Company and on motion for leave to intervene by Columbus Southern Power Company. Motions denied as moot.

Pfeifer, J., dissents.

Cook, J., not participating.

**00–2176. Indus. Energy Users–Ohio v. Pub. Util. Comm.**

In Mandamus. On motion to dismiss by Public Utilities Commission. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney and Lundberg Stratton, JJ., concur.

Pfeifer, J., dissents.

Cook, J., not participating.

**00–2296. Cincinnati Gas & Elec. Co. v. Hamilton Cty. Bd. of Revision.**

Board of Tax Appeals, No. 98–L–1386. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**00–2327. State ex rel. Brown v. Licking Cty. Court of Appeals.**

In Mandamus. On answer of respondent and motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**01–23. State ex rel. Cincinnati Enquirer v. Krings.**

Hamilton App. No. C–000408. On motion to dismiss appeal. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Resnick, Pfeifer and Cook, JJ., concur.

Douglas, F.E. Sweeney and Lundberg Stratton, JJ., dissent.

**01–75. State ex rel. Mitchell v. Montgomery Cty. Court of Appeals.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**01–158. Poole v. Franklin Cty.**

In Prohibition. On motion to dismiss by Dr. Jack Wagner. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**01–215. Simms v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by Gary L. Simms. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.